**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Digi International Inc.,

Plaintiff,

vs.

Donald Henry and RapidStream, Inc.,

Defendants.

**Civil No. 00-CV-2020 DWF/AJB**

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**

**IT IS HEREBY STIPULATED,** pursuant to Fed. R. Civ. P. 41, by and between plaintiff Digi International Inc., through its duly authorized attorneys of record, and defendants Donald Henry and RapidStream, Inc., through their duly authorized attorneys of record, that the that the Complaint in the above-captioned action may be and hereby is dismissed with prejudice and without costs or any other relief to any party.

Dated: ~~October~~ November 2, 2000

**FAEGRE & BENSON LLP**

C. David Flower

Delmar R. Ehrich, #148660
Randall E. Kahnke, #202745
C. David Flower, #29407X
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

**Attorneys for Digi International Inc.**

NOV - 6 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**EXHIBIT A**

Dated: ~~October~~ Nov 1, 2000

**WILSON, SONSINI, GOODRICH & ROSATI**

Bradford K. Newman

Ulrico S. Rosales
Bradford K. Newman
650 Page Mill Road
Palo Alto, CA 94304-1050
(65) 493-6811

**Attorneys for Defendants Donald Henry and RapidStream, Inc.**

**ORDER**

Upon the basis of the above Stipulation, it is hereby **ORDERED** that the complaint in the above-captioned action may be and hereby is dismissed with prejudice and without costs or any other relief to any party.

Dated: November 6, 2000.

**BY THE COURT**

Hon. Donovan W. Frank
United States District Court Judge

M2:20340150.01